Adam Pick v. Fremantlemedia North America Inc et al                                                                Doc.



1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     George R. Hedges (Bar No. 081873)
2    georgehedges@quinnemanuel.com
     Stan Karas (Bar No. 222402)
3    stankaras@quinnemanuel.com
     865 South Figueroa Street, 10th Floor
4    Los Angeles, California 90017-2543
     Telephone:  (213) 443-3000
5    Facsimile:  (213) 443-3100

6  Attorneys for defendants
   FremantleMedia North America, Inc.;
7  American Idol Productions, Inc.; Fox
   Broadcasting Company; Fox Interactive
8  Media Inc.

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  ADAM PICK, an individual doing          CASE NO. CV 07-728 AHM (CTx)
    business as Idol Go Home,
14                                          STIPULATION REGARDING
                 Plaintiff,                 MOTION TO REMAND AND
15                                          SCHEDULING CONFERENCE;
          vs.
16                                          [PROPOSED] ORDER
    FREMANTLEMEDIA NORTH
17  AMERICA, Inc., a Delaware
    corporation; AMERICAN IDOL
18  PRODUCTIONS, INC., a California
    corporation; FOX BROADCASTING
19  COMPANY, a Delaware corporation;
    FOX INTERACTIVE MEDIA, INC., a
20  Delaware corporation; and Does 1
    through 10, inclusive,
21
                 Defendants.
22
    And Related Cross-Action
23

24

25

26

27

28

11198/2068848.1

FILED
CLERK, U.S. DISTRICT COURT
MAR - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
MAR - 5 2007
BY                021

Dockets.Justia.co

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD,

2    WHEREAS defendants removed this action to federal court on January 31,

3    2007;

4    WHEREAS the Court has set a Rule 26(f) scheduling conference for March

5    19, 2007, and ordered the parties to submit a joint Rule 26(f) report by March 12,

6    2007;

7    WHEREAS plaintiff intends to file a motion for remand on March 2, 2007,

8    and the parties believe that it would be productive and efficient to obtain a ruling on

9    that motion before the parties engage in discovery procedures prescribed by Rule

10   26;

11   WHEREAS defendants' lead counsel George R. Hedges will be out of the

12   country until April 16, 2007;

13   WHEREAS the parties have not previously sought any extensions of time

14   from this Court;

15   The parties hereby STIPULATE AND AGREE as follows:

16   1.     The hearing on plaintiff's motion to remand will be set for April 16,

17   2007.  Defendants' opposition will be filed and served by March 21, 2007.

18   Plaintiff's reply papers will be filed and served by April 9, 2007.

19   2.     The Rule 26(f) scheduling conference shall be continued to May 14,

20   2007.  The parties' joint Rule 26 report shall be filed by May 7, 2007.

21

22

23   ///

24

25   ///

26

27

28

11198/2068848.1

-2-

CV 07-728 AHM (CTx)
STIPULATION

1  DATED: March 1, 2007        Quinn Emanuel Urquhart Oliver &
                               Hedges, LLP
2

3                             By_____
4                                Stan Karas
                                 Attorneys for Defendants and Cross-
5                                Complainants

6  DATED: March 1, 2007        Valle and Associates

7

8                             By_____
                                 Jeffrey Valle
9                                Attorneys for Plaintiff and Cross-Defendant

10                          **[PROPOSED] ORDER**

11

12        The Court has reviewed the parties' stipulation.  GOOD CAUSE
13 APPEARING,
14        1.    The hearing on plaintiff's motion to remand is set for April 16, 2007.
15 Defendants' opposition will be filed and served by March 21, 2007.  Plaintiff's reply
16 papers will be filed and served by April 9, 2007.
17        2.    The Rule 26(f) scheduling conference shall be continued to May 14,
18 2007.  The parties' joint Rule 26 report shall be filed by May 7, 2007.
19        IT IS SO ORDERED.
20 DATED: March 2 . 2007    *This is an unusually lengthy delay - Counsel, should not expect*
21 *comparable delays later on if the remand motion is denied.*
22                          _____
23                          Honorable A. Howard Matz
                            United States District Court
24

25

26

27

28

1 | DATED: March 1, 2007

Quinn Emanuel Urquhart Oliver & Hedges, LLP

2

3

By_____

4

Stan Karas
Attorneys for Defendants and Cross-Complainants

5

6 | DATED: March 1, 2007

Valle & Associates

7

By_____

8

Katherine Pratt
Attorneys for Plaintiff and Cross-Defendant

9

10 | ### [PROPOSED] ORDER

11

12      The Court has reviewed the parties' stipulation. GOOD CAUSE

13 | APPEARING,

14      1.      The hearing on plaintiff's motion to remand is set for April 16, 2007.

15 | Defendants' opposition will be filed and served by March 21, 2007. Plaintiff's reply

16 | papers will be filed and served by April 9, 2007.

17      2.      The Rule 26(f) scheduling conference shall be continued to May 14,

18 | 2007. The parties' joint Rule 26 report shall be filed by May 7, 2007.

19           IT IS SO ORDERED.

20 | DATED: March    . 2007

21

22

23 | _____
Honorable A. Howard Matz
United States District Court

24

25

26

27

28

1198/2053248.1

-3-

CV 07-728 AHM (CTx)
STIPULATION

1

## PROOF OF SERVICE

2          I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa
3    Street, 10th Floor, Los Angeles, California 90017-2543.

4          On March 1, 2007, I served true copies of the following document(s) described as **STIPULATION REGARDING MOTION TO REMAND AND SCHEDULING**
5    **CONFERENCE; [PROPOSED] ORDER,** on the parties in this action as follows:

6                    Jeffrey B. Valle, Esq.
                     **Valle & Associates**
7                    1250 Sixth Street
                     Suite 201
8                    Santa Monica, CA  90401
                     Tel.   310-260-8600
9                    Fax: 310-260-8677

10

11    **[X]  BY MAIL:**  I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal
12    Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  I enclosed the foregoing in sealed envelope(s)
13    addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary
14    business

15    **[ ]   BY FACSIMILE:**  I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court.  The telephone number of the sending facsimile machine
16    was (213) 443-3100.  The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list.  The document was transmitted by facsimile transmission,
17    and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

18
          I declare under penalty of perjury under the laws of the State of California that the
19    foregoing is true and correct.

20          Executed on March 1, 2007, at Los Angeles, California.

21

22                                                _____

23    **ELVA GALINDO**

24

25

26

27

28

11198/2023919.1