Adam Pick v. Fremantlemedia North America Inc et al                                                                Doc.

FILED
SEND

2007 MAR 21 PM 12:22

CLERK U.S. DISTRICT COURT
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Pick<br><br>PLAINTIFF(S),<br>v.<br><br>Fremantlemedia North America Inc et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV07-728 AHM (CTx)<br><br>NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS |

TO:   COUNSEL OF RECORD:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U.S.C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and four (4) copies of the required notice (AO 121) in copyright matters. The required forms of notice to the Patent and Trademark and Copyright Offices are enclosed for your convenience.

Please complete the enclosed form(s) and return to: Clerk, U. S. District Court, ATTN: New Actions, at the following address within ten (10) days:

☒  312 N. Spring Street
   Main Floor, Room G-8
   Los Angeles, CA  90012
   Phone: (213)894-2215

☐  411 West Fourth St.
   Suite 1053
   Santa Ana, CA 92701-4516
   Phone: (714)338-4750

☐  3470 Twelfth Street
   Room 134
   Riverside, CA 92501
   Phone: (909)328-4450

If you should have any questions regarding this matter, you may contact the Intake Supervisor at the above-noted phone number.

CLERK, U. S. DISTRICT COURT

Dated: 3/21/07                         By: Nora Cullen
                                            Deputy Clerk

DOCKETED ON CM
MAR 22 2007
BY              021

NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS
CV-31 (01/04)

Dockets.Justia.co

AO 121 (6/90)

| TO: |  |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF | DEFENDANT |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:    1) Upon initiation of action,         2) Upon filing of document adding copyright(s),    3) Upon termination of action,
                 mail copy to Register of Copyrights     mail copy to Register of Copyrights              mail copy to Register of Copyrights
                 4) In the event of an appeal, forward copy to Appellate Court                            5) Case File Copy