# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | Priority ✓ |
| | | Send ✓ |
| | | Enter |
| | | Closed |
| | | JS-5/JS-6 |
| | | JS-2/JS-3 |
| | | Scan Only |

| Case No. | CV07-728-AHM (CTx) | Date | April 16, 2007 |
|---|---|---|---|
| Title | ADAM PICK v. FREMANTLEMEDIA NORTH AMERICA, INC., et al. | | |

Present: The Honorable **A. HOWARD MATZ, U.S. DISTRICT JUDGE**

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION Plaintiff's Motion to Remand [Filed 3/2/07]. The parties will be notified if a hearing is necessary.



Initials of Preparer