# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV07-728-AHM (CTx) | Date | April 18, 2007 |
| Title | ADAM PICK v. FREMANTLEMEDIA NORTH AMERICA, INC., et al. | | |

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Present: The Honorable  A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby resets Plaintiff's Motion to Remand [Filed 3/2/07] for hearing on Friday, April 20, 2007 at 10:00 a.m.



DOCKETED ON CM
APR 1 8 2007
BY _____ 004

15

Initials of Preparer          SMO