# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV07-728-AHM (CTx) |
| Title | ADAM PICK v. FREMANTLEMEDIA NORTH AMERICA, INC., et al. |

Date: April 20, 2007

Present: The Honorable A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Jeffrey B. Valle  
Katherine M. Pratt

Attorneys Present for Defendants:  
George R. Hedges

**Proceedings:** PLAINTIFF'S MOTION TO REMAND [Filed 3/2/07]

Cause called; appearances made.

Court circulates tentative order and hears oral argument. For reasons and findings stated on the record, the Court GRANTS the above motion as to the remand issue and takes UNDER SUBMISSION the sanction issue. Order to issue.



: 14

Initials of Preparer     SMO