**ORIGINAL**

**LODGED**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   George R. Hedges (Bar No. 081873)
2  georgehedges@quinnemanuel.com
   Stan Karas (Bar No. 222402)
3  stankaras@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:  (213) 443-3100

6  Attorneys for defendants
   FremantleMedia North America, Inc.;
7  American Idol Productions, Inc.; Fox
   Broadcasting Company; Fox Interactive
8  Media Inc.

```
        FILED
CLERK, U S  DISTRICT COURT

     MAY  1 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

9

10                UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12

13  ADAM PICK, an individual doing          CASE NO. CV 07-728 AHM (CTx)
    business as Idol Go Home,
14                                          **STIPULATION REGARDING**
               Plaintiff,                   **POSTING OF SUPERSEDEAS**
15                                          **BOND;**
          vs.
16                                          **[PROPOSED] ORDER**
    FREMANTLEMEDIA NORTH
17  AMERICA, Inc., a Delaware
    corporation; AMERICAN IDOL
18  PRODUCTIONS, INC., a California
    corporation; FOX BROADCASTING
19  COMPANY, a Delaware corporation;
    FOX INTERACTIVE MEDIA, INC., a
20  Delaware corporation; and Does 1
    through 10, inclusive,
21
               Defendants.
22
    And Related Cross-Action
23

24

25                    
                ```
                DOCKETED ON CM
                   MAY 1 6 2007
                BY              021
                ```
26                                              

27

28

1    TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD,

2    WHEREAS, on April 23, 2007, the Court granted plaintiff's motion to remand

3    this action to state court and awarded plaintiff $16,040 in attorneys' fees;

4    WHEREAS, on May 2, 2007, defendants filed a notice of appeal;

5    WHEREAS defendants have obtained and are prepared to post a supersedeas

6    bond in the amount of $24,060, which is 150% of the Court's attorneys' fees award,

7    and a copy of which is attached to this stipulation as Exhibit A;

8    WHEREAS plaintiff does not object to posting of bond;

9    WHEREAS neither party shall be deemed to waive or concede any argument

10   regarding the propriety of the Court's order and/or defendants' appeal;

11   WHEREAS plaintiff agrees to not seek enforcement of the attorneys' fees

12   award pending the Court's review of and order upon this stipulation;

13   The parties hereby STIPULATE and AGREE as follows:

14   1.    Pursuant to Federal Rule of Appellate Procedure 8(a)(1)(B), the Court

15   should permit posting of bond attached hereto as Exhibit A;

16   2.    The bond shall be deemed posted upon the entry of the Court's order

17   approving this stipulation.

18   DATED: May 3, 2007              Quinn Emanuel Urquhart Oliver &
                                     Hedges, LLP
19

20                                   By_____
21                                   Stan Karas
                                     Attorneys for Defendants and Cross-
22                                   Complainants

23   DATED: May 3, 2007              Valle and Associates

24

25                                   By_____
                                     Jeffrey Valle
26                                   Attorneys for Plaintiff and Cross-Defendant

27

28

# [PROPOSED] ORDER

The Court has reviewed the parties' stipulation. GOOD CAUSE APPEARING,

1.    Pursuant to Federal Rule of Appellate Procedure 8(a)(1)(B), the Court permits posting of bond attached hereto as Exhibit A;

2.    The bond shall be deemed posted upon the entry of the Court's order approving this stipulation.

IT IS SO ORDERED.

DATED: May 15, 2007

_____
Honorable A. Howard Matz
United States District Court

11198/2068848.1

CV 07-728 AHM (CTx)
STIPULATION REGARDING POSTING OF BOND

SCANNED

## AMERICAN CONTRACTORS INDEMNITY COMPANY

IN THE <u>UNITED STATES DISTRICT</u> COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM PICK,<br><br>Plaintiff,<br><br>vs.<br><br>FREMANTLEMEDIA NORTH AMERICA, INC., a Delaware corporation; AMERICAN IDOL PRODUCTIONS, INC., a California corporation; FOX BROADCASTING COMPANY, a Delaware corporation; FOX INTERACTIVE MEDIA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. <u>CV-07-728 AHM (CTx)</u><br><br><br>**UNDERTAKING UNDER RULE 62 F.R.C.P.**<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY<br>9841 AIRPORT BLVD., 9TH FLOOR<br>LOS ANGELES, CA 90045 |

WHEREAS, the above named ***<u>FREMANTLEMEDIA NORTH AMERICA, INC., a Delaware corporation; AMERICAN IDOL PRODUCTIONS, INC., a California corporation; FOX BROADCASTING COMPANY, a Delaware corporation; FOX INTERACTIVE MEDIA, INC., a Delaware corporation</u>***, as Principal desires to give an undertaking for __AN APPEAL__ as provided by Section <u>62</u> FEDERAL RULES OF CIVIL PROCEDURE.

NOW, THEREFORE, the Surety, does hereby obligate itself, jointly and severally, to *************************************************************************ADAM PICK******************************************************************** under said statutory obligations in the sum of <u>TWENTY-FOUR THOUSAND SIXTY AND 00/100********</u> Dollars (<u>$24,060.00</u>)

IN WITNESS WHEREOF, The corporate seal and name of the said Surety Company is hereto affixed and attested by <u>CHRISTOPHER M. HAENEL</u> who declares under penalty of perjury that he is its duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

Executed at <u>LOS ANGELES</u>, California on <u>2 MAY 2007</u>

Bond No. <u>437949</u>

AMERICAN CONTRACTORS INDEMNITY COMPANY

The premium charge for this bond is <u>$481.20</u> per annum.

CHRISTOPHER M. HAENEL          Attorney-in-Fact

# CIVIL BOND

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of   Los Angeles                    } ss.

On  2 May 2007            before me, Cesira L. Scarnici-Notary Public
        date                              Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared            Christopher M. Haenel
                                     Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**CESIRA L. SCARNICI**
Commission # 1561247
Notary Public - California
Los Angeles County
My Comm. Expires Mar 19, 2009

WITNESS my hand and official seal.

_____
Signature of Notary Public

─────────────── OPTIONAL ───────────────
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document*

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

**RIGHT THUMBPRINT OF SIGNER**
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# American Contractors Indemnity Company ®

### 9841 Airport Blvd., 9ᵗʰ Floor Los Angeles, California 90045

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That American Contractors Indemnity Company of the State of California, a California corporation, does hereby appoint,

**Jennifer Wayne, Kevin J. Phillips, Christopher M. Haenel, Alfonso Lujan, Will Mingram, Jeff Aase, John G. Slater, Sylvia Diane Caneva, John D. Strong, or Scott M. Honsowetz of Los Angeles, California**

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an amount not to exceed $ _____*** 3,000,000.00 ***_____ . This Power of Attorney shall expire without further action on April 20, 2008.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following resolutions adopted by the Board of Directors of AMERICAN CONTRACTORS INDEMNITY COMPANY at a meeting duly called and held on the 6ᵗʰ day of December, 1990.

*"RESOLVED that the Chief Executive Officer, President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have the power and authority*

*1.   To appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,*

*2.   To remove, at any time, any such Attorney-in-Fact and revoke the authority given.*

*RESOLVED FURTHER, that the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached."*

IN WITNESS WHEREOF, American Contractors Indemnity Company has caused its seal to be affixed hereto and executed by its authorized officer on the 27th day of _____February_____, 200 7 .

### AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____

Name: ___Leon B. Back, Jr.___   its ___Senior Vice President___

STATE OF CALIFORNIA                  §
COUNTY OF LOS ANGELES          §

On this 27th day of _____February_____ 200 7 , before me, _____Jacki Layfield_____ , a notary public, personally appeared Leon B. Back, Jr. _____, Senior Vice President_____ of American Contractors Indemnity Company, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

> **JACKI LAYFIELD**
> Comm. # 1484956
> NOTARY PUBLIC - CALIFORNIA
> Los Angeles County
> My Comm. Expires APR 20, 2008

I, Jeannie J. Kim, Corporate Secretary of American Contractors Indemnity Company, do hereby certify that the Power of Attorney and the resolutions adopted by the Board of Directors of said Company as set forth above, are true and correct transcripts thereof and that neither the said Power of Attorney nor the resolutions have been revoked and they are now in full force and effect.

IN WITNESS HEREOF, I have hereunto set my hand this _2nd_ day of __May__ , 200 7 .

Bond No. ___437949___

Agency No. ___2505___

_____
Jeannie J. Kim, Corporate Secretary

Rev POA03/06

1

### PROOF OF SERVICE

2        I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa

3   Street, 10th Floor, Los Angeles, California 90017-2543.

4        On May 14, 2007, I served true copies of the following document(s) described as
**STIPULATION REGARDING POSTING OF SUPERSEDEAS BOND; [PROPOSED]**

5   **ORDER** on the parties in this action as follows:

6        Jeffrey B. Valle, Esq
         Valle & Associates

7        11911 San Vicente Blvd. Suite 324
         Los Angeles, CA 90049

8

9   **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
    deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with

10  postage thereon fully prepaid.

11        I declare that I am employed in the office of a member of the bar of this Court at whose
    direction the service was made.

12
          Executed on May 14, 2007, at Los Angeles, California.

13

14

15        Norma Montenegro

16

17

18

19

20

21

22

23

24

25

26

27

28

11198/2118146 2

# NOTICE PARTY SERVICE LIST

Case No.  _CV07-728 AHM (CTx)_    Case Title _PINK v. FREMANTLE MEDIA_

Title of Document  _ORDER_

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| ✓ | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |

| | |
|---|---|
| | Statistics Clerk |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

Initials of Deputy Clerk _____